UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIVIE TAMAM, et al.,<br><br>                      Plaintiff,<br><br>-V-<br><br>FRANSABANK S.A.L., et al.,<br>                      Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br>08CV6156(JFK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 13ᵗʰ day of August, 2008

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 3ʳᵈ day of July, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RA 833 460 810 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

5) MIDDLE EAST AFRICA BANK, Hejeij Building, Adnan Al Hakim Ave., P.O. Box: 14-5958, Beirut 1105 2080 Lebanon

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Gary M. Osen

| Registered No. RA833460810US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee $10.80 | | | 0004 |
| Handling Charge $0.00 | Return Receipt $2.20 | | 10 |
| Postage $20.85 | Restricted Delivery $0.00 | | 08/13/08 |
| Received by ML | | | Domestic Insurance up to $25,000 is included in the fee. |
| Customer Must Declare Full Value $$0.00 | With Postal Insurance ☐ Without Postal Insurance ☒ | | International Indemnity is limited. (See Reverse) |

OFFICIAL USE

FROM:
OSEN LLC
700 Kinderkamack Road
Oradell, New Jersey 07649 USA

TO:
Bank of Beirut S.A.L.
Foch Street-Beirut Central District
Bank of Beirut Bldg PO Box 11-7354
Beirut, Lebanon

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®