UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIVIE TAMAM, et al.,

               Plaintiff,

          -V-

FRANSABANK S.A.L., et al.,

               Defendants.

**CERTIFICATE OF MAILING**

08CV6156(JFK)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**13th day of August, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3rd day of July, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RA 833 460 783 US**

_J. Michael McMahon_

                            CLERK

Dated: New York, NY

5) MIDDLE EAST AFRICA BANK, Hejeij Building, Adnan Al Hakim Ave., P.O. Box: 14-5958, Beirut 1105 2080 Lebanon

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Gary M. Osen

