UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZIVIE TAMAM, et al.,

                    Plaintiff,

-V-

FRANSABANK S.A.L., et al.,

                    Defendants.

**CERTIFICATE OF MAILING**

08CV6156(JFK)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 13th day of August, 2008

I served the

### SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 3rd day of July, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RA 833 460 797 US

*J. Michael McMahon*

CLERK

Dated: New York, NY

5) MIDDLE EAST AFRICA BANK, Hejeij Building, Adnan Al Hakim Ave., P.O. Box: 14-5958, Beirut 1105 2080 Lebanon

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Gary M. Osen

